IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01291-RPM

AMKOR NATURAL GAS COMPANY,

        Plaintiff,

v.

SPARK ENERGY GAS, LP,

        Defendant.
_____

ORDER FOR CLARIFICATION
_____

        The Notice of Removal, filed to remove this action on June 17, 2008, alleges diversity of citizenship giving jurisdiction under 28 U.S.C. §1332. In paragraph 9, the defendant recites that the plaintiff has correctly identified the defendant as a Texas limited partnership with its principal place of business in Houston, Texas, and in paragraph 10, the defendant alleges that it is a Texas corporation with its principal place of business in Texas. It is unclear whether the citizenship of the general partner and limited partners may be relevant to diversity jurisdiction and, at any rate, the notice of removal is inconsistent with respect to the identification of the defendant as an entity. Accordingly, it is

        ORDERED that the defendant will forthwith clarify the notice of removal with respect to the allegation as to defendant's citizenship.

        DATED: June 18th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge