# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 08-cv-01291-RPM-KMT

AMKOR NATURAL GAS COMPANY, a Colorado corporation

    Plaintiff,

v.

SPARK ENERGY GAS, LP, a Texas limited partnership,

    Defendant.

v.

MICHAEL GREGORY, a Colorado resident, RHETT C. SHUMWAY, a Colorado resident, RND ENERGY, LLC, a Colorado limited liability company and ASGARD ENERGY, LLC, a Colorado limited liability company.

    Third-Party Defendants.

## ORDER GRANTING SPARK ENERGY GAS, LP'S UNOPPOSED MOTION FOR LEAVE TO AMEND COUNTERCLAIMS AND THIRD-PARTY COMPLAINT

Upon consideration of Spark Energy Gas LP's Unopposed Motion to Amend Counterclaims and Third Party Complaint ("Motion"), it is

IT IS HEREBY ORDERED that the motion is granted and Defendant's Second Amended Counterclaims and Third-Party Complaint attached thereto is accepted for filing and Parties have 20 days from the date of this Order to answer.

Dated: January 21st, 2009

                                                  BY THE COURT:

                                                  s/Richard P. Matsch

                                                  Richard P. Matsch, Senior District Judge