## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 08-cv-01291 – RPM – KMT

AMKOR NATURAL GAS COMPANY, a Colorado corporation

    Plaintiff and Counterclaim Defendant,

v.

SPARK ENERGY GAS, LP, a Texas limited partnership,

    Defendant and Counterclaim Plaintiff,

v.

MICHAEL GREGORY, a Colorado resident, RHETT C. SHUMWAY, a Colorado resident, RnD Energy, LLC, a Colorado limited liability company, and ASGARD ENERGY, LLC, a Colorado limited liability company.

    Third-Party Defendants.

_____

### ORDER: AMKOR NATURAL GAS COMPANY AND MICHAEL GREGORY'S *UNOPPOSED* MOTION FOR LEAVE TO AMEND THE VERIFIED COMPLAINT
_____

Upon consideration of Amkor Natural Gas Company and Michael Gregory's *Unopposed* Motion for Leave to Amend the Verified Complaint [33], it is

ORDERED that the motion is granted and the Amended Complaint and Third-Party Counterclaim attached thereto is accepted for filing.

DATED this 21st day of January, 2009.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge