**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 08-cv-01291-RPM-KMT

AMKOR NATURAL GAS COMPANY, a Colorado
corporation,

    Plaintiff,

v.

SPARK ENERGY GAS, LP, a Texas limited partnership,
Defendant and Counterclaim Plaintiff,

v.

MICHAEL GREGORY, a Colorado resident,
RHETT C. SHUMWAY, a Colorado resident,
RND ENERGY, LLC, a Colorado limited liability company and
ASGARD ENERGY, LLC, a Colorado limited liability company.

Third-Party Defendants.

_____

**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY TASHA J. POWER**
_____

    Upon consideration of the Motion to Withdraw Attorney Tasha J. Power [126], it is

    ORDERED, that the motion is granted. Tasha J. Power has no further responsibility as counsel for Spark Energy Gas, LP, in this action and the Clerk is directed to terminate her electronic service in this case.

    DATED this 30th day of November, 2009.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge