IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01291-RPM

AMKOR NATURAL GAS COMPANY,

        Plaintiff,
v.

SPARK ENERGY GAS, LP, a Texas limited partnership,

        Defendant and Third-Party Plaintiff,
v.

MICHAEL GREGORY, a Colorado resident,
RHETT C. SHUMWAY, a Colorado resident,
RnD ENERGY, LLC, a Colorado limited liability company and
ASGARD ENERGY, LLC, a Colorado limited liability company,

        Third-Party Defendants.
_____

ORDER STRIKING ORDER DENYING MOTION TO AMEND SCHEDULING ORDER
_____

The Order Denying Motion to Amend Scheduling Order [133] was mistakenly entered in this matter and it is therefore

ORDERED that said order is stricken from the docket.

DATED:   January 5th, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge