# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 08-CV-01291 – RPM – KMT

AMKOR NATURAL GAS COMPANY, a Colorado corporation

    Plaintiff and Counterclaim Defendant,

v.

SPARK ENERGY GAS, LP, a Texas limited partnership,

    Defendant and Counterclaim Plaintiff,

v.

MICHAEL GREGORY, a Colorado resident,
RHETT C. SHUMWAY, a Colorado resident,
RnD Energy, LLC, a Colorado limited liability company, and
ASGARD ENERGY, LLC, a Colorado limited liability company.

    Additional Defendants on Counterclaims.

_____

## ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES
_____

Upon consideration of the Joint Motion to Amend the Scheduling Order and Extend Discovery Deadlines submitted by the Parties [docket no. 137], it is

ORDERED that the Second Amended Scheduling Order be amended as follows:

1)    That the discovery deadlines in Section 7 of the Second Amended Scheduling Order is modified, such that:

    a. Affirmative Expert Disclosure Deadline = February 9, 2010

    b. Rebuttal Expert Disclosure Deadline = March 9, 2010

    c. Expert Discovery Cut-off = April 6, 2010

    d. Non-Expert Discovery Cut-off = The later of March 16, 2010, or 60

       days after the entry by the Court of an Order permitting or compelling additional or pending discovery as a result of the Discovery Motions.

2)     That Section 3(b) of the Second Amended Scheduling Order is amended to include Spark's Counterclaim against Amkor and the Additional Counterclaim Defendants for tortious interference with prospective business advantage.

Dated this 14th day of January, 2010.

       BY THE COURT:

       s/Richard P. Matsch

       _____
       Richard P. Matsch, Senior District Judge