**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                January 22, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-01291-RPM

AMKOR NATURAL GAS COMPANY,                               R. Livingston Keithley

     Plaintiff,
v.

SPARK ENERGY GAS, LP, a Texas limited partnership,       Charles A. Greenhouse
                                                         Bethany A. Johnson
     Defendant.

v.

MICHAEL GREGORY, a Colorado resident,
RHETT C. SHUMWAY, a Colorado resident,                   Katrin M. Rothgery
RnD ENERGY, LLC, a Colorado limited liability company and
ASGARD ENERGY, LLC, a Colorado limited liability company, Cuneyt A. Akay

     Additional Counterclaim Defendants.
_____

**COURTROOM MINUTES**
_____

**Status Conference**

**10:00 a.m.      Court in session.**

Court's preliminary remarks.

    **ORDERED:**   **Spark Energy Gas, LP's Motion to Amend Scheduling Order To Increase Deposition Limit, filed October 28, 2009 [106], is granted.**

    **ORDERED:**   **Additional Counterclaim Defendants Rhett C. Shumway And RnD Energy, LLC's Motion for Protective Order, filed October 28, 2009 [109], is denied.**

    **ORDERED:**   **Plaintiff Amkor Natural Gas Co.'s and Additional Counterclaim Defendant Michael Gregory's Motion for Summary Judgment as To Liability on Amkor's Claims and Dismissing Spark Energy Gas LP's Counterclaims, filed July 2, 2009 [86], is denied.**

January 22, 2009
08-cv-01291-RPM

10:03 a.m.      Argument by Mr. Greenhouse [136].

**ORDERED:**    **Spark Energy Gas, LP's Motion to Compel Production of Documents Against Plaintiff and Additional Counterclaim Defendant Gregory, filed January 11, 2010 [136], is denied as untimely but documents may be subpoenaed for trial.**

Discussion regarding scheduling.

**ORDERED:**    **7 day jury trial scheduled September 20, 2010.**
                **Pretrial conference set for July 9, 2010 at 2:00 p.m.**

Court states its view regarding dispostive motions with respect to this case.

**10:12 a.m.    Court in recess.**

Hearing concluded.  Total time: 12 min.