IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01291-RPM

AMKOR NATURAL GAS COMPANY,

        Plaintiff,

v.

SPARK ENERGY GAS, LP, a Texas limited partnership,

        Defendant and Third-Party Plaintiff,

v.

MICHAEL GREGORY, a Colorado resident,
RHETT C. SHUMWAY, a Colorado resident,
RnD ENERGY, LLC, a Colorado limited liability company and
ASGARD ENERGY, LLC, a Colorado limited liability company,

        Third-Party Defendants.
_____

## ORDER SETTING TRIAL DATE
_____

Pursuant to the status conference held today, it is

ORDERED that this matter is set for trial to jury on **September 20, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: January 22nd, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge