IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                April 7, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-01291-RPM

| | |
|---|---|
| AMKOR NATURAL GAS COMPANY, | Denise D. Riley |
| Plaintiff, | |
| v. | |
| SPARK ENERGY GAS, LP, a Texas limited partnership, | Charles A. Greenhouse |
| | Ronald L. Oran |
| Defendant. | |
| v. | |
| MICHAEL GREGORY, a Colorado resident, | |
| RHETT C. SHUMWAY, a Colorado resident, | Christine M. Garrison |
| RnD ENERGY, LLC, a Colorado limited liability company and | |
| ASGARD ENERGY, LLC, a Colorado limited liability company, | Cuneyt A. Akay |
| Additional Counterclaim Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Modify Subpoena Duces Tecum and for Protective Order**

**9:58 a.m.**      **Court in session.**

Court's preliminary remarks and states its understanding of the dispute with respect to the pending motion.

10:01 a.m.    Argument by Mr. Greenhouse.
10:05 A.M.    Statements by Ms. Riley.

**ORDERED:**   **Motion to Modify Subpoena Duces Tecum and for Protective Order, filed March 24, 2010 [145], is granted.**

**10:10 a.m.**     **Court in recess.**

Hearing concluded. Total time: 12 min.