**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 08-cv-01291 – RPM - KMT

AMKOR NATURAL GAS COMPANY, a Colorado corporation

    Plaintiff and Counterclaim Defendant,

v.

SPARK ENERGY GAS, LP, a Texas limited partnership,

    Defendant and Counterclaim Plaintiff,

v.

MICHAEL GREGORY, a Colorado resident, RHETT C. SHUMWAY, a Colorado resident, RnD Energy, LLC, a Colorado limited liability company, and ASGARD ENERGY, LLC, a Colorado limited liability company.

    Third-Party Defendants.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice, and the Court being fully advised in the premises, hereby ORDERS that this case and all claims and counterclaims are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: September 8th, 2010.

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge